PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

### Request for Modification of Conditions or Term of Supervised Release with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Paul William White                     Case Number: A00CR0056

Sentencing Judicial Officer:   H. Russel Holland, Senior U.S. District Court Judge

Date of Original Sentence:     September 8, 2000

Original Offense:              Conspiracy, 21 USC 846

Original Sentence:             57 months custody and 3 years supervised release

Date Supervision Commenced:    April 1, 2004

**RECEIVED**
JUN 1 9 2006
CHAMBERS, U.S. DISTRICT JUDGE
H. RUSSEL HOLLAND

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:


90 days home detention by electronic monitoring with time out for employment, substance abuse treatment or as otherwise approved by the U.S. Probation Officer. The defendant shall incur the costs of electronic monitoring.

*Request for Modification of Conditions or Term*
*Name of Offender*   :   Paul William White
*Case Number*   :   A00CR0056

## CAUSE

The defendant was contacted by the Anchorage Police Department on June 11, 2006 and cited for driving with a revoked license. This is the second instance wherein the defendant has been cited by police officers for driving with a revoked licence. The defendant's license has been revoked since sustaining a Driving Under the Influence conviction after being arrested for this offense in July 2005. To further complicate this issue, the defendant was found to be associating with his co-defendant, Mike Demientieff III. Demientieff was a passenger in the defendant's vehicle on June 11. According to Anchorage Police, Demientieff was intoxicated and had unopened alcohol in the vehicle. Although the defendant was not observed to be intoxicated, he later admitted to the probation officer that he had been drinking on the date in question. The defendant is currently prohibited from drinking alcoholic beverages as a special condition of supervision which was ordered subsequent to sustaining the DUI arrest. He admitted to associating with Demientieff whom he stated he had met coincidentally at the Peanut Farm on June 11.

To address these issues of non-compliance, the probation officer proposed the sanction of 90 days home detention via electronic monitoring and the defendant agreed to this proposed modification as indicated by the attached Probation Form 49. Moreover, the defendant will be referred for substance abuse treatment to address alcohol abuse.

Respectfully submitted,

REDACTED SIGNATURE

Michael Pentangelo
Senior U.S. Probation Officer
Date: June 19, 2006

Approved by:

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

*Request for Modification of Conditions or Term*
*Name of Offender        :        Paul William White*
*Case Number             :        A00CR0056*

## THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other:

REDACTED SIGNATURE

H. Russel Holland
Senior U.S. District Court Judge

Date: **6/19/06**

-3-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

**U.S.A. v Paul William White**                                    Docket No. A00CR0056

    I, _Paul William White_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of probation or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of probation or to the proposed extension of my term of supervision:

90 days home detention by electronic monitoring with time out for employment, substance abuse treatment or as otherwise approved by the U.S. Probation Officer. The defendant shall incur the costs of electronic monitoring.

Signed: _[signature]_                                    Date: _6-16-6_
Paul William White
Probationer or Supervised Releasee

Witness: _**REDACTED SIGNATURE**_                        Date: _6/16/06_
Michael Pentangelo
Senior U.S. Probation Services Officer